**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                             Case No. _____

**RAMOS ORTIZ, CESAR A.**                  Chapter **13**
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **10/15/2010**                  ☐ AMENDED PLAN DATED: _____
   ☑ PRE ☐ POST-CONFIRMATION              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ **275.00** | x | **46** | = $ | **12,650.00** |
| $ **425.00** | x | **14** | = $ | **5,950.00** |
| $ \_\_\_\_\_ | x | \_\_\_\_ | = $ | \_\_\_\_\_ |
| $ \_\_\_\_\_ | x | \_\_\_\_ | = $ | \_\_\_\_\_ |
| $ \_\_\_\_\_ | x | \_\_\_\_ | = $ | \_\_\_\_\_ |

                 TOTAL: $ **18,600.00**

Additional Payments:
$ **5,000.00** to be paid as a LUMP SUM within **24 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**SALE OF RESIDENTIAL PROPERTY**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ \_\_\_\_\_ x \_\_\_\_ = $ \_\_\_\_\_

        PROPOSED BASE: $ **23,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ CESAR A. RAMOS ORTIZ**
          Debtor

_____
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR \_\_\_\_ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL (**    Cr. _____    Cr. _____
\# **1486**                \# _____      \# _____
$ **8,892.00**        $ _____      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
\# _____      \# _____      \# _____
$ _____      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
\# _____      \# _____      \# _____
$ _____      $ _____      $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL (**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
\# _____      \# _____      \# _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

---

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

**CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** RAMOS ORTIZ, CESAR A. _____ Case No. _____
                                    Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN.  IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.**

**DEBTOR MAINTAINS REGULAR DSO PAYMENTS TO BELKIS J. SANCHEZ AND NATACHA SANTANA THROUGH PAYROLL DEDUCTION.**

**THE COURT WILL RETAIN JURISDICTION OVER THE SALE OF DEBTOR'S RESIDENTIAL PROPERTY.**

**PLAN INCREASES WHEN DEBTOR PAYS OFF RETIREMENT LOAN.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only