# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: CESAR A RAMOS ORTIZ

Bkrtcy. No. 10-09736-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: Oct 18, 2010 | Meeting Date: Dec 20, 2010 | DC Track No. 1 | |
| Days from petition date: 63 | Meeting Time: 8:00 AM | | |
| 910 Days before Petition: 4/21/2008 | ☐ Chapter 13 Plan Date: Oct 15, 2010 Dkt.#2 12/16/10 | ☑ Amended. Dkt. 11 | |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: ~~$23,600.00~~ $18,600.00 | | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Dec 29, 2010 | Time: 2:30 PM | |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: $550.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference  ☐ Creditor(s) present:  ☑ None.
- ☑ Debtor Present  ☑ ID & Soc. OK  ☐ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined  ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present  ☐ Not Present
- ☐ Substitute attorney: M. Valdes  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: **MARILYN VALDES ORTEGA***
Total Agreed: $3,000.00  Paid Pre-Petition: $200.00  Outstanding: $2,800.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.  Liquidation Value: -0-
- Commitment Period is ☐ 36 ☑ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: -0-
- 3 Plu The Trustee ☑ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
- ☑ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

1) Submit DSO Recipient address and telephone number. Payroll deduction payment to ASUME. Debtor is up-to-date

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___   Date: Dec 20, 2010